## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Steven Hughes |
| Street Address | 245 Peeler RD |
| City and County | Gaston SC, 29053 |
| State and Zip Code | |
| Telephone Number | 803.361.1330 |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | State of South Carolina |
| Job or Title (if known) | Untied States South Carolina |
| Street Address | |
| City and County | Lexington, Columbia, Richland, |
| State and Zip Code | Spartanburg, Greenville, Greer, SC |
| Telephone Number | Cayce, |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

Name

2

|                          |   |
|--------------------------|---|
| Job or Title (if known)  |   |
| Street Address           |   |
| City and County          |   |
| State and Zip Code       |   |
| Telephone Number         |   |

Defendant No. 4

|                          |   |
|--------------------------|---|
| Name                     |   |
| Job or Title (if known)  |   |
| Street Address           |   |
| City and County          |   |
| State and Zip Code       |   |
| Telephone Number         |   |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

8-2.100 Civil Right matter - 28 CFR 0.50, Free Exercise Clause Admin Regs 112-106-5 K.S.A 2009 Supp 74-8772 Eavesdropping 16-17-470, First Amendment Holt vs Hobbs Supreme Court, 42 US code 2000cc1p First Amendment Religion 18 Hate Crime act use of gangs also tempted muder trying to put stuff in to IV and playing like employer or goverment Employee

|                        |   |
|------------------------|---|
| Job or Title (if known)|   |
| Street Address         |   |
| City and County        |   |
| State and Zip Code     |   |
| Telephone Number       |   |

Defendant No. 4

|                        |   |
|------------------------|---|
| Name                   |   |
| Job or Title (if known)|   |
| Street Address         |   |
| City and County        |   |
| State and Zip Code     |   |
| Telephone Number       |   |

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

8-2.100 Civil Right matter = 28 CFR 0.50, Free Exercise Clause ~~Thomas Enrico~~ Admin Regs 112-106-5 K.S.A. 2009 Supp 74-8772, Eavesdropping 16-17-470, First Amendment Holt vs Hobbs Supreme Court, 42 US code 2000 cc / protection 14 ~~Adda~~ A

3

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.    The Plaintiff(s)

        a.    If the plaintiff is an individual

The plaintiff, *(name)* Steven Hughes, is a citizen of the State of *(name)* South Carolina.

        b.    If the plaintiff is a corporation

The plaintiff, *(name)* South Carolina, is incorporated under the laws of the State of *(name)* South Carolina, and has its principal place of business in the State of *(name)* South Carolina.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.    The Defendant(s)

        a.    If the defendant is an individual

The defendant, *(name)* South Carolina, is a citizen of the State of *(name)* South Carolina. *Or* is a citizen of *(foreign nation)* United State.

        b.    If the defendant is a corporation

The defendant, *(name)* Verison, Metro Lexington greer, is Spartanburg, Cayce, incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

600 million Destory my life hindering tapping of phone using of satilight to be followed hindering of getting Job and to get lawyer to help going through email and phone violoteding my Priclacy by using app to let everyone connected to my phone

III.   **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

the State is in title of legiceus for not hold the law for allow matter to happen when I reched out to get leged Countel the State diding hold the law the State said they wouldn't help me, they Play games with Mel too law inforcement everyone when I asked for help everyon refused to help. A

IV.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Civicl Right tampering of Phone Lose wages 300 thousand Being made homeless not be being stalked, Civial Right 200 million phone tampering 10 million Video

5

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Oct / 15 , 2025

Signature of Plaintiff _____

Printed Name of Plaintiff   Steven Hughes

### B. For Attorneys

Date of signing: _____ , 20__ .

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
E-mail Address _____

[Handwritten margin note: "Reminder from getting one lawyer. Been to 2 lawyers"]

6